IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                           CASE NO.  4:19-CR-00037-BSM-2

EMIDIO MANZANARES-CASTRO                                              DEFENDANT

## ORDER

Emidio Manzanares-Castro's pro se motion to reduce his sentence [Doc. No. 503] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his range.  This is true because Manzanares-Castro does not benefit from the zero-point reduction because he possessed a firearm in connection with the offense.  *See* U.S.S.G. § 4C1.1(a)(7).  Additionally, Manzanares-Castro's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."  Doc. No. 441 at 3.  Because Manzanares-Castro knowingly and voluntarily entered into his plea agreement, he is not entitled to relief.  *See United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 21st day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE